IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 25-2079 |
| DARWIN ALEXANDER DAVILA-PEREZ | |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, First Assistant United States Attorney for the Western District of Pennsylvania, by delegation, and Lee A, Fry, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, DARWIN ALEXANDER DAVILA-PEREZ, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant committed an assault on a federal officer, in violation of Title 18, United States Code, Section 111(a)(1).

Recommended bond: Detention.

Respectfully submitted,

TROY RIVETTI
First Assistant United States Attorney

By: /s/ Lee A. Fry
Lee A. Fry
Assistant United States Attorney
PA ID No. 325861