IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-mj-2079 |
| | ) | |
| DARWIN ALEXANDER DAVILA-PEREZ | ) | |

### CONSENT MOTION FOR CONTINUANCE OF PRELIMINARY HEARING

AND NOW comes the United States of America, by and through its attorneys, Troy Rivetti, First Assistant United States Attorney for the Western District of Pennsylvania, by delegation, and Lee A. Fry, Assistant United States Attorney for said District, and hereby submits this Consent Motion for Continuance of Preliminary Hearing.

On December 23, 2025, the defendant was charged via Criminal Complaint, alleging a violation of Title 8, U.S. Code, Section 111. On January 12, 2026, Defendant made his initial appearance before the Honorable Patrica L. Dodge and a preliminary hearing was scheduled for January 16, 2026. However, the testifying agent is not available on January 16 at 10:30 am. The Government has conferred with Mr. Morrison, counsel for Defendant, regarding the matter, and he consents to this request to continue the preliminary hearing to January 22, 2026, at 1:30 p.m.

WHEREFORE, undersigned counsel respectfully requests that the Court grant the government's request for a continuance and reschedule the preliminary hearing for January 22, 2026, at 1:30 pm.

A Proposed Order is attached.

Respectfully submitted,

TROY RIVETTI
First Assistant United States Attorney

By:   */s/ Lee Fry*
      LEE A. FRY
      Assistant U.S. Attorney
      PA ID 325861