IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 25-mj-2079 |
| ) | |
| DARWIN ALEXANDER DAVILA-PEREZ ) | |

## ORDER

Upon consideration of the Government's Consent Motion for a Continuance of the Preliminary Hearing, IT IS HEREBY ORDERED that the Motion is GRANTED. The Preliminary Hearing in this matter is now set for January 22, 2026, at 1:30 p.m. before this Court in Courtroom 9A of the Joseph F. Weis, Jr. United States Courthouse, located at 700 Grant Street, Pittsburgh, Pennsylvania 15219.

Date: January _____, 2026

_____
HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE