IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
    )
            v.     )     Criminal No. 25-mj-2079
    )
DARWIN ALEXANDER DAVILA-PEREZ  )

## ORDER

Upon consideration of the Government's Consent Motion for a Continuance of the Preliminary Hearing, IT IS HEREBY ORDERED that the Motion is GRANTED. The Preliminary Hearing in this matter is now set for January 22, 2026, at 1:30 p.m. before this Court in Courtroom 7B of the Joseph F. Weis, Jr. United States Courthouse, located at 700 Grant Street, Pittsburgh, Pennsylvania 15219.

Date: January 13, 2026

_____
HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE