IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
V. ) Magistrate No. 25-2079
)
DARWIN ALEXANDER DAVILA-PEREZ )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this 20th day of January, 2026, the above named defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel and the Court being satisfied as a result thereof that the above named defendant is financially unable to obtain counsel and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1500 Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters pertaining to this action.

PRIMARY COUNSEL: Jake Morrison

PA Attorney ID #

s/Kezia O. L. Taylor
Kezia O. L. Taylor
United States Magistrate Judge